## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

NCMIC INSURANCE CO.,               :
      **Plaintiff,**                   :
         **v.**                     :      **CIVIL ACTION NO. 13-6339**
                                :
**CHRISTOPHER WALCOTT, D.C., et al.,**:
      **Defendants.**             :
_____:

### ORDER

**AND NOW,** this 3rd day of September 2014, upon consideration of Plaintiff's Motion for Judgment on the Pleadings [Doc. No. 11], and the responses and reply thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED** as to NCMIC's duty to indemnify Defendant Dr. Walcott for damages or punitive damages owed to the Patient, and **DENIED** as to NCMIC's duty to defend Dr. Walcott in the Underlying Action.

It is accordingly **ORDERED** that NCMIC owes no duty to indemnify Defendant Dr. Walcott for any damages or punitive damages awarded in the civil action captioned *Bieber v. Christopher V. Walcott, D.C., et al.,* Philadelphia County Court of Common Pleas, 2013, No. 3422.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**